FILED

United States District Court
Northern District of California

2014 MAY 22 P 12: 5 **CRIMINAL COVER SHEET**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Instructions:** Effective January 5, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:**
USA v. Donagal, et al.

**Case Number:**
CR14-00285 JST

**Total Number of Defendants:**
1 ☐   2-7 ☐   8 or more ☑

**Is This Case Under Seal?**
Yes ☑   No ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐   No ☑

**Venue (Per Crim. L.R. 18-1):**
SF ☐   OAK ☑   SJ ☐   EUR ☐   MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐   No ☑

**Assigned AUSA (Lead Attorney):**
Kevin J. Barry

**Is this a RICO Act gang case?**
Yes ☐   No ☑

**Date Submitted:**
May 22, 2014

**Comments:**

Save   Print   Clear Form

July 2013