MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    Fax: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR14-00285 JST |
| Plaintiff, | |
| v. | **MOTION TO SEAL** |
| JEREMY DONAGAL,<br>  a/k/a "Xanax King,"<br>  a/k/a "XK,"<br>LAURENCE LINDBERG,<br>DUSTON KIRK,<br>ALICIA MITTS,<br>MICHAEL GONZALEZ,<br>THOMAS ELLIOTT,<br>MICHAEL TOMADA,<br>KENNETH KOSKINIEMI, and<br>CHRISTOPHER NEELY, | |
| Defendants. | |

    The materials related to the above-entitled Indictment are part of an ongoing investigation, and disclosure of the existence of this investigation would compromise its goals, including the potential destruction of evidence and flight of suspects. Therefore, the United States hereby moves the Court for an order sealing this Motion, the Indictment, the Sealing Order, and all other related documents until

MOTION TO SEAL



further order of the Court. The government respectfully requests, however, that these materials be made available to representatives from the U.S. Attorney's Office, agents of the DEA, and other law enforcement agents working on this investigation.

DATED: May 22, 2014

Respectfully Submitted,
MELINDA HAAG
United States Attorney

_____
KEVIN J. BARRY
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion, the Indictment, the Sealing Order, and all other related documents shall be sealed until further order of the Court. The Clerk of the Court shall make these materials available to representatives from the U.S. Attorney's Office, agents of the DEA, and other law enforcement agents working on this investigation.

DATED: 5/22/14

_____
HON. DONNA M. RYU
United States District Judge

MOTION TO SEAL