```
1  GARCIA, SCHNAYERSON & THOMPSON
   ATTORNEYS AT LAW
2  225 West Winton Avenue, Suite 208
3  Hayward, California 94544
   Telephone: (510) 887-7445
4  Facsimile: (510) 887-0646
5
6
   JESSE J. GARCIA (CSBN: 61223)
7  Counsel for Defendant
   JEREMY DONAGAL
8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-OAKLAND

| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:14-CR-00285-JST |
|---|---|---|
| Plaintiff, | ) | SUPPLEMENT TO DEFENDANT JEREMY DONAGAL'S MOTION |
| vs. | ) | FOR RECONSIDERATION FOR PRE-TRIAL RELEASE |
| JEREMY DONAGAL, | ) | |
| Defendant. | ) | |

In addition to the arguments and facts presented with Defendant Jeremy Donagal's Motion for Reconsideration for Pre-Trial Release, Defendant, hereby attaches four (4) character reference letters.

6/25/14

To whom is My concern.
I Martin López, Attest That I know Jeremy Donagal Since 2009.
We Meet At the 24 Hours Gym where we work-out Together and Bicame Good Friends
I know Him As A Good Person, Responsable, Loving Father, Hard worker, And A Good Hasband.
I write thes Letter To express My support in This Time of Difficuties, And I know That Everithing will Be Fine Because JEREMY is A Great Person.
If you Have any questions Do Not Hasitate in Contact Me At. (925) 6588472.

Sincerly.
MARTIN López

June 25th, 2014

To whom it may concern,

I have known Jeremy Donugal, as a client of my store, for 13 years. I've always known him to be a kind, polite individual. I have met his children and his ex-wife and family seems to be one of the biggest things to Jeremy. I have never known him to have a poor attitude, hot temper or even use profane language for that matter. He has always been incredibly respectful to others regardless of the situation and gone out of his way to help. I've known Jeremy to be the kind of guy I could count on to help and he would be there.

I remember a time when Jeremy forgot his wallet when he came in to get supplements from my store. I let him leave with his items on good faith he would pay me back. The next day when I came to open the shop, Jeremy was standing there waiting for me with the money he owed.

As my judgment of character, Jeremy Donugal is a standup guy.

Sincerley,

Ken Tall

925-864-4120

June 18, 2014

Alameda County Federal Court

### Re: Character Reference for Jeremy Donagal

I, Nil Reese, provide the following character reference for Jeremy Donagal:

    I have known Jeremy Donagal since 2000. Jeremy was married to my son's half sister, Mitra Kalyani. I have always known Jeremy as a respectful person with a good heart. I have seen him and Mitra through marriage and separation; and they have always treated each other great esteem and worked very well together as parents for their three children.

    Jeremy's children, Isaiah, Athena and J.R. have always had high opinions of their father. I often look after Jeremy's children as they are about the same age as my daughter. Whenever I heard the children speak about their father, they had a sense of love, admiration and respect. When I would see Jeremy pick up his children, he was always loving and caring with his children. He knew how to properly discipline them without taking their self confidence away and always being fair.

    I can personally share a testament to Jeremy's character by referencing a point in my life where I needed help and Jeremy was there to aid me. I was going through a rough divorce in 2002. Because of this divorce, I had to find a place for my son, Arman to live; to get away from the conflict and focus on his studies. Jeremy, as the head of his household, and Mitra as my son's half sister, offered to take Arman to live with them. He stayed with Jeremy and Mitra from August 2002 until June 2003. In the duration of Arman's stay, Jeremy had no problems in helping Arman with his studies, dropping off and picking him up from school, buying him clothes, providing meals and allowance along with countless other things that he did not have to do, but still did. I never heard a complaint about Jeremy, neither did I see any protests from Arman as to Jeremy and Mitra's behavior.

    Apart from whatever charges that Jeremy is facing at the moment, I can attest to his personal nature, and not his actions. The actions that lead him to these charges are extremely uncharacteristic to the person that I know that he is. If he has made mistakes before, it is highly unlikely that he will make the same mistakes again. Please take this information is consideration during his trial.

If you wish to confirm any of the information above, please feel free to contact me by email at Nilhreese@yahoo.com

Thank you,

*[signature]*

Nil Reese

Lindsey Lang
3707 Northpark Court
Concord, CA 94519


June 24, 2014


Re: Character reference for Jeremy Donagal


I am writing this letter on behalf of Jeremy Donagal. Having known Jeremy for over 16 years and my husband knowing him for over 25 years I was taken aback when I heard of the charges filed against him. I first met Jeremy when we were attending junior college and this entire incident seems extremely out of character for someone as great as him.

I have had the privilege to know Jeremy over the years from our younger age to becoming a husband and father. We first met in Spanish class in college. He was a good student that excelled in class, helped people around him and made us laugh. I truly got to know him when I met my husband 13 years ago and witnessed what a good friend he is. Jeremy and my husband have been very close friends since middle school and he has always been there for him and his friends. He is the person you call when you need help, advice or just someone to listen to you talk. Family and friends mean the world to Jeremy. He is a good spouse and wonderful father. He truly loves his kids and wants nothing more then to watch them grow and succeed.

Keeping Jeremy in jail would only cause society to lose a trustworthy, kind hearted, honest, good man and devastate his children and loved ones further. He is a good person who deserves a chance. Jail will only expose him to further bad influences. I humbly ask you to please give him an opportunity to set his life back on track and not let a bad decision alter his life's direction.


Yours sincerely,



Lindsey Lang
Operations Manager
3707 Northpark Court
Concord, CA 94519
925-899-0999