MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-00285 JST |
| Plaintiff, | UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| JEREMY DONAGAL, LAURENCE LINDBERG, DUSTON KIRK, ALICIA MITTS, MICHAEL GONZALEZ, THOMAS ELLIOT, MICHAEL TOMADA, KENNETH KOSKINIEMI, and CHRISTOPHER NEELY, | |
| Defendants. | |

    The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, Kevin Barry and David B. Countryman, Assistant United States Attorneys, hereby files the following Bill of Particular for Forfeiture of Property.

///

///

///

FORFEITURE BILL OF PARTICULARS
CR 14-00285 JST                                 1

The indictment in the above-captioned case seeks forfeiture of property pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, and 31 U.S.C. § 5317. The United States hereby gives notice that, in addition to property already listed in the forfeiture allegations, the United States is seeking forfeiture of the following additional property:

1. $14,490.00 in United States currency seized from 212 Jeremy Donagal and Lizette Hood on May 28, 2014;
2. Two rings seized from 212 Loreto Court, Martinez, CA on May 28, 2014;
3. $15,625 seized from Thomas Elliot on March 24, 2014;
4. One 1994 Harley Davidson Motorcycle VIN 1HD1DPL3RY505422 and $2,200 seized from Michael Tomada on May 28, 2014;
5. Assorted pill presses and heavy machinery seized from Jeremy Donagal on May 28, 2014

DATED: November 5, 2014                                    Respectfully submitted,

                                                            MELINDA HAAG
                                                            United States Attorney

                                                            /S/
                                                            ─────────────────────────────
                                                            DAVID B. COUNTRYMAN
                                                            Assistant United States Attorney

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- United States' Bill of Particulars for Forfeiture of Property

to be served this date via United States first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Jesse Garcia
Garcia, Schnayerson & Thompson
225 W. Winton Avenue, Suite 208
Hayward, CA 94544
Attorney for Lizette Hood Jacquin

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of November, 2014, at San Francisco, California

　　　　　　　　　　　　　　　　____/S/_____
　　　　　　　　　　　　　　　　CAROLYN JUSAY
　　　　　　　　　　　　　　　　Asset Forfeiture Unit
　　　　　　　　　　　　　　　　FSA Paralegal