1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CABN 226995)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7303
7       FAX: (415) 436-7234
        Email: david.countryman@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           )  CASE NO. CR 14-0285 JST
14                                     )
          Plaintiff,                   )  UNITED STATES' AMENDED BILL OF
15                                     )  PARTICULARS FOR FORFEITURE OF
      v.                               )  PROPERTY
16                                     )
   JEREMY DONAGAL,                     )
17 LAURENCE LINDBERG                   )
   DUSTON KIRK,                        )
18 ALICIA MITTS,                       )
   MICHAEL GONZALEZ,                   )
19 THOMAS ELLIOTT,                     )
   MICHAEL TOMADA,                     )
20 KENNETH KOSKINIEMI, AND             )
   CHRISTOPHER NEELY,                  )_
21                                     )
          Defendants.                  )
22 _____ )

23
        The United States of America, by and through Melinda Haag, United States Attorney for the
24
   Northern District of California, and David B. Countryman, Assistant United States Attorney, hereby
25
   files the following Amended Bill of Particulars for Forfeiture of Property.
26
   //
27
   //
28

1  The indictment in the above-captioned case seeks forfeiture of property pursuant to
2  21 U.S.C. § 853, 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c) and 31 U.S.C. § 5317.  The United States
3  hereby gives notice that, in addition to property already listed in the forfeiture allegation, the United
4  States is seeking forfeiture of the following additional property:

- $14,490 in United States Currency
- Assorted Jewelry seized from Lizette Hood Jacquin on May 28, 2014
- $2,200 in United States Currency seized from Michael Tomada
- $1,625 in United States Currency seized from Thomas Elliott
- $2,000 in United States Currency seized from Thomas Elliott
- $12,000 in United States Currency seized from Thomas Elliott
- $132,167 in United States Currency seized from Bryan Cochran on September 10, 2014
- 2009 Hummer H3 seized from Bryan Cochran on September 10, 2014

DATED: January 28, 2015					Respectfully submitted,

								MELINDA HAAG
								United States Attorney

								/S/
								DAVID B. COUNTRYMAN
								Assistant United States Attorney

AMENDED BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY
CR 14-0285 JST					2