```
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue
Suite 208
Hayward, California  94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646
Email: gstcrimlaw@yahoo.com


JESSE J. GARCIA (CSBN: 61223)
Counsel for Defendant
JEREMY DONAGAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JEREMY DONAGAL,<br><br>　　　　　Defendant. | CASE NO.:  4:14-CR-00285-JST<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE OF SENTENCING HEARING<br><br>Date:  July 10, 2015<br>Time:  9:30 a.m.<br>Court: Honorable Jon S. Tigar |

　　　Jeremy Donagal, by and through his counsel, Jesse J. Garcia, and the United States Government, by and through its counsel, Kevin James Barry, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for July 10, 2015.


Dated: June 19, 2015　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/S/JESSE J. GARCIA
　　　　　　　　　　　　　　　　　　　　　　JESSE J. GARCIA
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　JEREMY DONAGAL

DATED: June 19, 2015

/S/KEVIN BARRY
KEVIN JAMES BARRY
Assistant United States Attorney
(Authorized to sign on behalf of
Kevin Barry, A.U.S.A.)

**ORDER**

The sentencing date presently scheduled for July 10, 2015, is continued to September 25, 2015 at 9:30 AM.

IT IS SO ORDERED.

DATED: June 26, 2015

IT IS SO ORDERED

Judge Jon S. Tigar

STIPULATION AND ORDER TO CONTINUE SENTENCING
U.S. v. JEREMY DONAGAL 14-CR-00285-JST       - 2 -