GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California  94544
Telephone:  (510) 887-7445

JESSE J. GARCIA [61223]
Attorney for
JEREMY DONAGAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY DONAGAL,<br><br>　　　　　　　Defendant.<br>_____/ | Case No. CF-14-0285-JST<br><br>**(ADDENDUM)**<br>**SENTENCING MEMORANDUM** |

　　　Under Federal Rule of Criminal Procedure 11(c)(1)(C), in exchange for a Guilty plea by the defendant, the prosecution must "agree that a specific sentence or sentencing range is the appropriate disposition of the case, or that a particular provision of the Sentencing Guidelines, or policy statement, or sentencing factor does or does not apply (such a recommendation or request binds the court once the court accepts the plea agreement)."  "[T]he court may accept the agreement, reject it, or defer a decision until the court has reviewed the presentence report."

　　　Here, the court should accept the plea agreement made between the parties pursuant to 11(c)(1)(C) in this case, on the basis that the charge and sentence indicated sufficiently reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate

deterrence, and protect the public from further crimes of the defendant.

As noted in paragraph 8 of the Plea Agreement, "the sentence to which the parties have agreed[] is as follows: **70 months**, three years supervised release (with conditions fixed by the Court)" (Plea Agreement, 6:14-15, Emphasis added) To the extent that the previously submitted Defendant's Sentencing Memorandum requests a different outcome (63 months), the defense hereby retracts that request and asks that the Court follow the agreement of the parties (70 months).

However, the Plea Agreement left open the issue of Criminal History calculation in this case which remains an important consideration of the Court in many respects. (See Plea Agreement paragraph 7, 5:25-26) Beyond the length of his sentence, the manner in which the time will be served will be determined in large part by what the Court determines with regards to Mr. Donagal's Criminal History.  That is because Mr. Donagal's Classification by the Bureau of Prisons will be based on the Court's calculation of Mr. Donagal's criminal history.  His BOP classification, in turn, will directly affect Mr. Donagal's eligibility for programs, as well as his housing and placement considerations.  With that in mind, the defense asks the Court to calculate Mr. Donagal's Criminal History at a category II.

Dated: September 24, 2015             Respectfully submitted,
                                      GARCIA, SCHNAYERSON & THOMPSON

                                        /S/ JESSE J. GARCIA
                                      JESSE J. GARCIA
                                      Attorney for
                                      JEREMY DONAGAL